William REESE, Plaintiff–Appellant,

v.

SCIENCE APPLICATIONS INTERNA-TIONAL CORPORATION INFOR-MATION SERVICES–RESERVE COMPONENT AUTOMATION SYS-TEM, formerly known as Boeing In-formation Services Reserve Compo-nent Automation System; Boeing Information Services Reserve Com-ponent Automation System, Defen-dants–Appellees,

and

Robert Beyster, Chairman and Chief Executive Officer, Science Applica-tions International Corporation; Phil-ip Condit, Chief Executive Officer, Boeing Company; William Delany, President, Science Applications Inter-national Corporation–Information Services (formerly known as Boeing Information Services); Doug Penner, Controller, Science Applications In-ternational Corporation–Information Services (formerly known as Boeing Information Services); Ben Dole, Pro-gram Manager, Science Applications International Corporation–Informa-tion Services–Reserve Component Au-tomation System (formerly known as Boeing Information Services–Reserve Component Automation System); Jana Bresson, Human Resources Manager, Science Applications Inter-national Corporation–Information Services–Reserve Component Automa-tion System (formerly known as Boe-ing Information Services–Reserve Component Automation System); William McGarrett, Business Manag-er, Science Applications International Corporation–Information Services–Reserve Component Automation Sys-tem (formerly known as Boeing Infor-mation Services–Reserve Component Automation System); Joe Toth, Fi-nance Manager, Science Applications International Corporation–Informa-tion Services–Reserve Component Au-tomation System (formerly known as Boeing Information Services–Reserve Component Automation System); Carl Ruggiero, Cost Management Manager, Science Applications Inter-national Corporation–Information Services–Reserve Component Automa-tion System (formerly known as Boe-ing Information Services–Reserve Component Automation System); Fredrick Zoesch, Business Planing Manager, Science Applications Inter-national Corporation Information Services–Reserve Component Automa-tion System (formerly known as Boe-ing Information Services–Reserve Component Automation System); Joy Petruzzi, Manager Performance Re-porting, Science Applications Interna-tional Corporation–Information Ser-vices–Reserve Component Automation System (formerly known as Boeing Information Services–Reserve Compo-nent Automation System); Jim Kien-hofer, Program Planning Manager, Science Applications International Corporation–Information Services–Reserve Component Automation Sys-tem (formerly known as Boeing Infor-mation Services–Reserve Component Automation System), Defendants.

No. 00–2175.

United States Court of Appeals,
Fourth Circuit.

Submitted June 20, 2001.

Decided July 19, 2001.

William Reese, pro se. Robert Ronold Sparks, Jr., Herge, Sparks & Christopher, McLean, VA, for appellees.

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

PER CURIAM.

William L. Reese appeals the district court's order granting summary judgment in favor of Science Applications International Corporation, Inc. ("SAIC"), as to his claims under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C.A. §§ 2000e to 2000e–17 (West 1994 & Supp. 2000), and 42 U.S.C. § 1981 (1994). We have reviewed the briefs, the record, and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Reese v. Science Applications Int'l Corp.*, No. CA 99–1167–A (E.D.Va. July 27, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*